UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62185-CIV-SINGHAL

IN RE:

APPLICATION OF LM PROPERTY
DEVELOPMENT LIMITED AND MIRKO
KOVATS PURSUANT TO 28 U.S.C. § 1782
TO CONDUCT DISCOVERY FOR USE IN
FOREIGN PROCEEDINGS,
_____/

## ORDER

**THIS CAUSE** came before the Court upon Applicants' Renewed Motion for Relief, Including Contempt of Court, for Respondent's Failure to Comply with this Court's Orders (the "Renewed Motion") (DE [28]) and the Report and Recommendation (DE [35]) of the Magistrate Judge recommending that the Motion be granted.  The Report and Recommendation specifically recommends that the District Court "(i) enter an Order finding Respondent Azul Destinations, LLC ("Azul") in civil contempt for failure to obey this Court's March 2023 and April 2023 Orders; and (ii) impose a coercive $100 daily fine on Azul until it purges itself of contempt by complying with this Court's Orders."  (DE [35] at 6).  The Court has reviewed the entire file and record and has made a *de novo* review of the issues.  No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge's Report and Recommendation (DE [35]) is **AFFIRMED** and **ADOPTED.**  Defendant's Renewed Motion (DE [28]) is **GRANTED**.  The Court further finds Respondent Azul in civil contempt for failure to obey this Court's March 2023 and April 2023 Orders, (DE [20]) and (DE [23]), respectively.  Respondent Azul will incur an $100 daily fine until it purges itself of contempt by complying with this Court's Orders.  As the Magistrate Judge noted, "[c]ivil contempt

sanctions may include, among other things, a coercive daily fine, a compensatory fine, attorney's fees and expenses, and coercive incarceration." (DE [35] at 3)  The Court agrees with the Magistrate Judge's well-reasoned Report and Recommendation and the reasonable sanction recommended, as incarceration is not yet appropriate.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 12th day of February, 2024.

                                                    RAAG SINGHAL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF